Lorenzo D. WILLIAMS, Petitioner–Appellant,

v.

DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 02–6759.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Lorenzo D. Williams, Appellant Pro Se. Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lorenzo D. Williams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Williams has not made a substantial showing of the denial of a constitutional right. *See Williams v. Director of the Dep't of Corr.*, No. CA–01–614–AM (E.D.Va. Apr. 15, 2002). Accordingly, we deny William's motion for a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*